IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WICHERN, | No. 2:19-CV-1172-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is the parties' stipulated motion for an extension of time (ECF No. 11). Good cause appearing therefor, the motion is granted and plaintiff's motion for summary judgment, filed on December 18, 2019, is deemed timely.

      IT IS SO ORDERED.

Dated: January 2, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1