MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL WICHERN,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-01172-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 45 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 45 additional days to respond to Plaintiff's opening motion for summary judgment. The current due date is January 17, 2020. The new due date will be March 2, 2020.

This is Defendant's first request for an extension of time for briefing and the second request in this case overall. There is good cause for this request and not intended to delay. Since the filing of Plaintiff's opening motion for summary judgment, Defendant's counsel was on pre-approved leave part of the time and diligently worked on various district court cases and other substantive non-court matters upon her return. Defense counsel has also had other matters requiring immediate

attention, including one case involving time-sensitive and ongoing settlement negotiations initiated by the parties. Defendant's counsel has about 20 other district court cases and substantive non-court matters with deadlines between January 17 to March 2, 2020. Defendant requires additional time to further evaluate the issues raised in Plaintiff's motion, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion for summary judgment.

  Thus, Defendant is respectfully requesting additional time up to and including March 2, 2020, to prepare Defendant's response to Plaintiff's motion for summary judgment. This request is made in good faith with no intention to unduly delay the proceedings. Defendant apologizes for the delay and any inconvenience caused by the delay.

  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: January 15, 2020  GERRARD LAW OFFICES

*s/ Josephine Mary Gerrard by C.Chen\**
(As authorized by email on 1/15/2020)
JOSEPHINE MARY GERRARD
Attorneys for Plaintiff

Date: January 15, 2020  MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney
Attorneys for Defendant

ORDER

Dated: January 16, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE