MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHAEL WICHERN, | Case No.: 2:19-cv-01172-DMC |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 7 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 7 additional days to respond to Plaintiff's opening motion for summary judgment. The current due date is March 2, 2020. The new due date will be March 9, 2020.

This is Defendant's second request for an extension of time for briefing and the third request in this case overall. There is good cause for this request and not intended to unnecessarily delay. Defendant has evaluated the issues raised in Plaintiff's motion to see whether settlement options exist and requests a brief extension of additional time to prepare Defendant's response to

1 | Plaintiff's motion for summary judgment. Defendant's counsel also anticipates some delay from
2 | the original deadline due to unanticipated sickness and approved sick leave.

3 | Thus, Defendant is respectfully requesting additional time up to and including March 9, 2020, to prepare Defendant's response to Plaintiff's motion for summary judgment. This request is made in good faith with no intention to unduly delay the proceedings. Defendant apologizes for the delay and any inconvenience caused by the delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: March 2, 2020  GERRARD LAW OFFICES

*s/ Josephine Mary Gerrard by C.Chen\**
(As authorized by email on 3/2/2020)
JOSEPHINE MARY GERRARD
Attorneys for Plaintiff

Date: March 2, 2020  MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated: March 3, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE